79,354 - 38,39,40,41,42,43, 44,45, 46,47,48

William Andrew Allen
VS.
State of Texas,

CAUSE NOS.
08-09-12976D
08-09-12986D.

In The Court 155th
District of
Waller County.

To The Clerk of This Court.

Now Comes William Andrew Allen Pro-Se. Filed Writ of Habeas Corpus on December 22 2014. I received your Notice of Writ of Habas Corpus As 08-09-12976D - 08-09-12986D your Job was To File This Writ forward To The District Attorneys and The Convicting Court which was The 155th District Court. Honorable James Keeshan. This Writ of Habas Corpus Has Not Been Addressed By Either The District Court Attorney or The Convicting Court. Code of Criminal Procedure Allows you 45 Days To Complete This ~~Statedthat 2013 days plus been response some/o Dep-79,356-13.~~ A falsh Statement. In That #4. On April 4 2013 Respondent sent Relator's Writ To The Court of Criminal Appeals. On July 26 2013, Respondent Received what was described As A Supplemental Writ on The Accompanying Cover letter by Relator. On July 3 2013 Respondent forwarded The Supplement Writ To The Court of Criminal Appeals. How can you forward something Before you Even Received It?

Here Again 2 years hatter Writ of Habeas Corpus 11.07 Newly discovered Evidence Has Not Been Sent To The Court of Criminal Appeals In Violation of Vernon Ann Texas Code of Criminal Procedure. 4. b.

And This Same Writ Has Not Been forward To The 155th District Court.

District Attorney Laurie A Sellers Has Submitted A falsh Affidavit of fact from Lin Marie Garsee + Associates. In that Lin Marie Garsee was Not Appointed December 9 2010. And Waller County Jail Has No Records of Any visits By Lin Marie Garsee. To William Andrew Allen. While In Waller County Jail. Sept 4 2008 To April 29 2010.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

Page 1.

Action That 45 Days Has Been over some Days Ago: on October 11 2013 Respondents Response No WR-791,356-13

Received February 11 2015 Reciept for Writ of Habeas Corpus Sent to The Court of Criminal Appeals And Are In Violation of Vernon Ann Texas Code of Criminal Procedure Article 11.07. 3b.
Application for Writ of Habeas Corpus 1107 Section 3.b filed After Conviction, must be filed with Clerk of The Court In which The Conviction being Challenged was obtained. And The Clerk Shall Assign The Application To That Court. You Have Not Assigned This Application To The Convicting Court.
The Convicting Court Is The 155th District Court. Honorable James Keeshon presiding.

Please Submitt Habeas Corpus Application 08-05-12576D Through 08-05-12586D To The Proper Court and Judge

Respectfully
William Andrew Allen

Executed This The 11 Day of February 2015.

## Certificate of Service
I William Andrew Allen Certify That I Sent To The 155th Court Clerk Hempstead Texas on This The 11 Day of February 2015 836 Austin st. 77445 And To The Court of Criminal Appeals Po Box 12308 Capitol Station Austin Texas 78711 a Copy of Pleading To The 155th District Clerk.
Executed This The 11 Day of February 2015.

William Andrew Allen

## Declearation
I William Andrew Allen under oath That The Statements Here Are True And Correct To The Best of my Knowledge. under pentalty of perjury.

William Andrew Allen